IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUSUF O. BUSH, | : | |
| Plaintiff, | : | 1:19-cv-1521 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| COUNSELOR GRIFFIN, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**September 29, 2020**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 10) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 38) to dismiss is GRANTED.

2. Plaintiff's Complaint (Doc. 1) is DISMISSED in its entirety with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

          s/ John E. Jones III
          John E. Jones III, Chief Judge
          United States District Court
          Middle District of Pennsylvania